# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| KRISTOPHER GENE GUILLAUME, SYLVIA JEAN GUILLAUME, and ALAN EUGENE DEVOE § § § § § § § § | CIVIL ACTION NO. 3:24-CV-0820-S-BN |
| v. | |
| EKRE OF TX, LLC | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 30. After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore **DENIES** Plaintiff Kristopher Gene Guillaume's Verified Motion for Temporary Restraining Order [ECF No. 27].

**SO ORDERED.**

SIGNED May 3, 2024.

_____
UNITED STATES DISTRICT JUDGE