# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| KRISTOPHER GENE GUILLAUME, SYLVIA JEAN GUILLAUME, and ALAN EUGENE DEVOE | §<br>§<br>§<br>§ | |
| | § | CIVIL ACTION NO. 3:24-CV-0820-S-BN |
| v. | §<br>§ | |
| EKRE OF TX, LLC | §<br>§ | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **GRANTS** Defendant EKRE of TX, LLC's Motion to Compel Arbitration [ECF No. 52] to the extent that the Court **TERMINATES** Plaintiffs' pending motions, **RETAINS** the case, **REFERS** the case to arbitration, and **ADMINISTRATIVELY CLOSES** the case pending the outcome of arbitration.

**SO ORDERED.**

SIGNED December 19, 2024.

_____
**UNITED STATES DISTRICT JUDGE**